1028

[No. 6146-1.   Division One.   December 11, 1978.]

THE STATE OF WASHINGTON, *Respondent*, v. ALVERDA
CECILIA McCOY, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 80660, Frank J. Eberharter, J., entered
November 18, 1977. *Affirmed* by unpublished opinion per
Swanson, J., concurred in by Williams and Ringold, JJ.

[No. 6656-1.   Division One.   December 11, 1978.]

ROBERT HAGEN, ET AL, *Respondents*, v. FRED SCHMIDT,
ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for
Snohomish County, No. 139734, Robert C. Bibb, J., entered
August 26, 1977. *Affirmed* by unpublished opinion per
Ringold, J., concurred in by James and Williams, JJ.

[No. 2912-2.   Division Two.   December 12, 1978.]

*In the Matter of the Marriage of*
MOORE.

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. 58637, John H. Kirkwood, J., entered
May 20, 1977. *Affirmed* by unpublished opinion per Reed,
A.C.J., concurred in by Soule, J., and Johnson, J. Pro Tem.

[No. 2951-2.   Division Two.   December 12, 1978.]

LYON MOVING & STORAGE COMPANY, *Respondent*, v.
JOHN BATISTE, ET AL, *Respondents*, N. A.
SCHUELLER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 254380, John B. Krilich, J. Pro Tem., entered
May 26, 1977. *Affirmed* by unpublished opinion per Reed,
J., concurred in by Pearson, C.J., and Soule, J.